**ATTACHMENT C**



# CENTS Message Details

**Information Technology**
Systems Deployment & Support Division

Change Password   Start a Search   Contact Us   Search Tips

---

| Back | Select Recipient Name:<br>tpatton@tighepatton.com - 1010 | Start a<br>New<br>Search |
|---|---|---|

**Envelope and Header Information**

**Sender:** DCD_ECFNotice@dcd.uscourts.gov

**Recipients:** tpatton@tighepatton com

**Subject:** Activity in Case 1:01-cv-02690-JMF DRAIM v. VIRTUAL GEOSATELLITE HOLDINGS, INC. et al Clerk's Judgment

**Message-ID Header:** 2259021@dcd.uscourts.gov

**Message Size:** 3.81 (KB)

**Ironport Host:** 156.119.34.21

**Message Timestamp:** 07/29/09 14.36'55 -04

**Sending Host IP Address:** 156 132.108 29

**Message Delivery Information**

07/29/09 14:37:01 -04   Message Successfully delivered to tpatton@tighepatton com at 208.80.206.42  Response 'OK'

Logged in as: guest@dcd.uscourts.gov (Logout)

---

Questions/Comments? dc@support aotx uscourts gov

AO-OIT-SDSD
7550 IH-10 West, Suite 1100
San Antonio, TX 78229-5818